# EXHIBIT B

# Becker, Lily G.

| | |
|---|---|
| **From:** | Becker, Lily G. |
| **Sent:** | Friday, April 14, 2017 2:41 PM |
| **To:** | 'rashodian@schollashodian.com' |
| **Subject:** | Bolger v. McCusker et al |

Roger,

I have taken over this matter from my colleague, Jennifer Clark. On February 17, 2017, we requested the following documents from Ms. Bolger in order to permit JPMorgan Chase Bank to underwrite the proposed purchase money loan to Ms. Bolger:

1. Ms. Bolger's W2 form from 2015 and 2016.
2. Ms. Bolger's most recent pay stub.
3. Ms. Bolger's most recent tax return (whether 2016 or 2015).
4. The 2 most recent monthly or quarterly checking, savings or 401k statements for any accounts that Ms. Bolger may have.

To date, despite a number of subsequent requests for the foregoing documents, we have not received any of those documents from you or Ms. Bolger.

In June, 2016, we served your office with a set of interrogatories and requests for production of documents. To date, we have not received responses to those discovery requests or the production of any of the requested documents.

We currently have a conference with the Court on April 25, 2017. Unless we receive the documents listed above on or before April 20, 2017, you should consider this e-mail as a request pursuant to Local Rule 7026-1 to meet and confer regarding Ms. Bolger's failure to respond to our client's outstanding discovery requests.

Thank you for your attention to this matter.

Regards,

Lily

**Lily G. Becker**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5055 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
lily.becker@morganlewis.com | www.morganlewis.com
Assistant: Sabrina A. Holmes | +1.215.963.5987 | sabrina.holmes@morganlewis.com