# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| | : | |
| SUZANNE L. BOGER, | : | |
| | : | Bankruptcy No. 19-16411-AMC |
| DEBTOR | : | |
| _____ | : | |
| | : | |
| SUZANNE L. BOLGER, | : | |
| | : | |
| PLAINTIFF | : | |
| | : | Adv. Proc. No. 13-00669-AMC |
| V. | : | |
| | : | |
| JACQUELINE MCCUSKER AND | : | |
| JPMORGAN CHASE BANK N.A., | : | |
| | : | |
| DEFENDANTS | : | |
| _____ | : | |

## ORDER[1]

AND NOW, on this 10th day of March, 2022, upon consideration of Chase's Renewed

Summary Judgment Motion, for the reasons stated in the accompanying Opinion, it is hereby

ORDERED Chase's Renewed Summary Judgment Motion is GRANTED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All terms not otherwise defined in this order have the same meaning as defined in the accompanying Opinion.